## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| ROBERTO VIRGILIO | Case No.: 1-15-01715-HWV |
| JOANNE VIRGILIO | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | FAY SERVICING, LLC |
| Court Claim Number: | 12 |
| Last Four of Loan Number: | 8527/PRE ARREARS/45 THOMAS ST |
| Property Address if applicable: | 45 THOMAS DRIVE, , MCSHERRYSTOWN, PA17344 |

**PART 2:**  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,732.55 |
| b. | Prepetition arrearages paid by the Trustee: | $966.60 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $966.60 |

**PART 3:**  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  June 12, 2020     Respectfully submitted,


           s/ Charles J. DeHart, III, Trustee
           Standing Chapter 13 Trustee
           Suite A, 8125 Adams Drive
           Hummelstown, PA  17036
           Phone:  (717) 566-6097
           Fax:  (717) 566-8313
           eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  FAY SERVICING, LLC
Court Claim Number:  12

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1153236 | 08/04/2016 | $28.41 | $0.00 | $28.41 |
| 5200 | 1154787 | 09/01/2016 | $135.32 | $0.00 | $135.32 |
| 5200 | 1156421 | 10/05/2016 | $135.32 | $0.00 | $135.32 |
| 5200 | 1158011 | 11/02/2016 | $135.33 | $0.00 | $135.33 |
| 5200 | 1159624 | 12/06/2016 | $133.06 | $0.00 | $133.06 |
| 5200 | 1161193 | 01/12/2017 | $133.05 | $0.00 | $133.05 |
| 5200 | 1162730 | 02/08/2017 | $133.06 | $0.00 | $133.06 |
| 5200 | 1164256 | 03/09/2017 | $133.05 | $0.00 | $133.05 |
| 5200 | 1165876 | 04/12/2017 | $133.06 | $0.00 | $133.06 |
| 5200 | 1167427 | 05/11/2017 | $133.05 | $0.00 | $133.05 |
| 5200 | 1169008 | 06/13/2017 | $266.12 | $0.00 | $266.12 |
| 5200 | 1171917 | 08/10/2017 | $233.72 | $0.00 | $233.72 |
| 5200 | 0 | 07/09/2018 | $-765.95 | $0.00 | $-765.95 |

Re:

| | |
|---|---|
| ROBERTO VIRGILIO | Case No.: 1-15-01715-HWV |
| JOANNE VIRGILIO | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 12, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1ˢᵗ Class mail, unless served electronically.

CRAIG A. DIEHL, ESQUIRE                    SERVED ELECTRONICALLY
3464 TRINDLE ROAD
CAMP HILL PA,   17011-


FAY SERCIVING, LLC                         SERVED BY 1ˢᵀ CLASS MAIL
PO BOX 814609
DALLAS, TX,   75381-4609


ROBERTO VIRGILIO                           SERVED BY 1ˢᵀ CLASS MAIL
JOANNE VIRGILIO
45 THOMAS DRIVE
MCSHERRYSTOWN, PA  17344



I certify under penalty of perjury that the foregoing is true and correct.


Date: June 12, 2020                        s/   Donna Schott
                                           Charles J. DeHart, III, Trustee
                                           Standing Chapter 13 Trustee
                                           Suite A, 8125 Adams Drive
                                           Hummelstown, PA  17036
                                           Phone:  (717) 566-6097
                                           Fax:  (717) 566-8313
                                           eMail:  dehartstaff@pamd13trustee.com