# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    ROBERTO VIRGILIO                                   Case No.: 1-15-01715-HWV
    JOANNE VIRGILIO                                   Chapter 13
        Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                        **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PHH MORTGAGE CORPORATION |
| Court Claim Number: | 20 |
| Last Four of Loan Number: | 5760/PRE ARREARS/45 THOMAS DR |
| Property Address if applicable: | 45 THOMAS DRIVE, , MCSHERRYSTOWN, PA17344 |

**PART 2:**                        **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,246.76 |
| b. | Prepetition arrearages paid by the Trustee: | $2,246.76 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,246.76 |

**PART 3:**                        **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                        **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 12, 2020	Respectfully submitted,

	s/ Charles J. DeHart, III, Trustee
	Standing Chapter 13 Trustee
	Suite A, 8125 Adams Drive
	Hummelstown, PA 17036
	Phone: (717) 566-6097
	Fax: (717) 566-8313
	eMail: dehartstaff@pamd13trustee.com

Creditor Name: PHH MORTGAGE CORPORATION
Court Claim Number: 20

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5210 | 1153295 | 08/04/2016 | $36.84 | $0.00 | $36.84 |
| 5210 | 1154844 | 09/01/2016 | $175.49 | $0.00 | $175.49 |
| 5210 | 1156481 | 10/05/2016 | $175.49 | $0.00 | $175.49 |
| 5210 | 1158069 | 11/02/2016 | $175.48 | $0.00 | $175.48 |
| 5210 | 1159683 | 12/06/2016 | $172.55 | $0.00 | $172.55 |
| 5210 | 1161251 | 01/12/2017 | $172.54 | $0.00 | $172.54 |
| 5210 | 1162788 | 02/08/2017 | $172.55 | $0.00 | $172.55 |
| 5210 | 1164315 | 03/09/2017 | $172.54 | $0.00 | $172.54 |
| 5210 | 1165935 | 04/12/2017 | $172.55 | $0.00 | $172.55 |
| 5210 | 1167485 | 05/11/2017 | $172.55 | $0.00 | $172.55 |
| 5210 | 1169063 | 06/13/2017 | $345.09 | $0.00 | $345.09 |
| 5210 | 1171969 | 08/10/2017 | $303.09 | $0.00 | $303.09 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ROBERTO VIRGILIO  Case No.: 1-15-01715-HWV
JOANNE VIRGILIO  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 12, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CRAIG A. DIEHL, ESQUIRE<br>3464 TRINDLE ROAD<br>CAMP HILL PA, 17011- | SERVED ELECTRONICALLY |
| OCWEN LOAN SERVICES<br>PO BOX 24738<br>WEST PALM BEACH, FL, 33416 | SERVED BY 1ST CLASS MAIL |
| ROBERTO VIRGILIO<br>JOANNE VIRGILIO<br>45 THOMAS DRIVE<br>MCSHERRYSTOWN, PA 17344 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 12, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com